

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Shane and Kristie Trahan, Appellants

No. 06-13-00130-CV      v.

Jimmy and Peggy Mettlen, Appellees

Appeal from the 145th District Court of Nacogdoches County, Texas (Tr. Ct. No. C1026890). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, Shane and Kristie Trahan, pay all costs of this appeal.

RENDERED APRIL 9, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk